# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et. al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et. al., <br><br> Defendants-Appellants. | No. 23-35534 <br><br> DC No. 2:14-cv-01178-MJP <br> Western District of Washington <br><br> STIPULATION TO DISMISS APPEAL WITHOUT PREJUDICE |

The parties, having reached a settlement of the present matter, hereby stipulate that the appeal be dismissed so that jurisdiction may re-vest in the District Court to approve the referenced settlement.

This dismissal shall be without prejudice to any party's reinstating the appeal within twenty-eight (28) days of the District Court's Order Denying Approval of said settlement.

/ /

/ /

/ /

1

RESPECTFULLY SUBMITTED this 23rd day of April, 2025.

NICHOLAS W. BROWN
Attorney General

/s/ *Kimberly Mosolf*
Kimberly Mosolf, WSBA No. 49548
Law Office of Kimberly Mosolf, PLLC
600 First Ave.
Seattle, WA 98104
(206) 552-9023
kmosolf@gmail.com

Christopher Carney, WSBA No. 30325
Carney Gillespie, PLLP
600 First Ave., Suite LL08
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@carneygillespie.com

Chloe Merino, WSBA No. 60071
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
chloem@dr-wa.org
***Attorneys for Plaintiffs***

/s/ *Dan Judge*
Daniel J. Judge, WSBA No. 17392
*Senior Counsel*

Marko Pavela, WSBA No. 49160
Anthony Vaupel, WSBA No. 47848
Travis D. Kuhns, WSBA No 5321
*Assistant Attorneys General*

Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Daniel.Judge@atg.wa.gov
Marko.Pavela@atg.wa.gov
Anthony.Vaupel@atg.wa.gov
Travis.Kuhns@atg.wa.gov
***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

I, *Daniel J. Judge*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 23rd day of April 2025, I caused to be electronically filed, the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kimberly Mosolf: kmosolf@gmail.com

Chloe Merino: chloem@dr-wa.org

Christopher Carney: Christopher.Carney@CGILaw.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 23rd day of April 2025.

    s/ *Daniel J. Judge*
    DANIEL J. JUDGE
    Senior Counsel